(128 So. 908)

## William McCLELLAN v. STATE.
### 8 Div. 203.

Supreme Court of Alabama.
May 29, 1930.

J. N. Powell, of Falkville, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

BROWN, J.

Petition of William McClellan for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in McClellan v. State (8 Div. 917) 23 Ala. App. 652, 127 So. 923.

Writ denied.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.

(128 So. 908)

## Brown McCLELLAN v. STATE.
### 8 Div. 205.

Supreme Court of Alabama.
May 29, 1930.

J. N. Powell, of Falkville, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

THOMAS, J.

Petition of Brown McClellan for certiorari to Court of Appeals to review and revise the judgment and decision of that court in McClellan v. State (8 Div. 857) 23 Ala. App. 652, 127 So. 923.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.

(128 So. 909)

## J. C. McCLENDON v. CENTRAL ALABAMA NATIONAL FARM LOAN ASS'N.
### 4 Div. 476.

Supreme Court of Alabama.
April 10, 1930.

Rehearing Denied May 22, 1930.

W. H. Stoddard, of Luverne, for appellant.
Frank B. Bricken, of Luverne, for appellee.

GARDNER, J.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

(128 So. 909)

## Mary McRAE, Adm'x, etc., et al. v. Eddie Mae SMITH.
### 4 Div. 485.

Supreme Court of Alabama.
May 15, 1930.

John W. Rish, of Dothan, and McDowell & McDowell, of Eufaula, for appellants.
W. H. Merrill, of Eufaula, for appellee.

BOULDIN, J.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

(128 So. 909)

## Minnie MACKLIN, alias McLin, v. STATE.
### 8 Div. 200.

Supreme Court of Alabama.
May 15, 1930.

W. S. Sherrill, of Athens, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM.

Petition of Minnie Macklin, alias McLin, for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Macklin, alias McLin, v. State (8 Div. 920) 23 Ala. App. 653, 128 So. 919.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.